JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. EDCV 09-127 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and that this action is dismissed with prejudice.

DATED: September 15, 2009

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE